# United States Court of Appeals
## For the First Circuit

No. 23-1504

UNITED STATES OF AMERICA,

Appellee,

v.

FRANCISCO XAVIER ORTIZ-COLÓN,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court, issued on May 6, 2026, is amended as follows:

On page 38, line 19, please replace "interference" with "inference"